# Court of Appeals
# of the State of Georgia

ATLANTA,  February 14, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0035.  MAYS v. THE STATE.**

The appellant's motion for out-of-time application for discretionary appeal from the denial of a motion to set aside a judgment is hereby DENIED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  02/14/2017*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*